WILLIAM HECHT, Respondent, *v.* A. G. HYDE & SONS, Appellant.

Reported below, 139 App. Div. 902.
(Argued September 26, 1910; decided October 4, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action on contract.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous, that permission to appeal had not been obtained and that the exceptions were frivolous.

*Morton Stein* for motion.

*James J. Allen* opposed.

Motion denied, with ten dollars costs.